IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

DEBORAH PRICE                                                                                           PLAINTIFF

VS.                                                                         CIVIL ACTION NO. 4:07cv64DPJ-JCS

MERCHANT ADJUSTMENT
SERVICE, INC.                                                                                         DEFENDANTS

FINAL JUDGMENT

THIS MATTER, having come before the Court *ore tenus* on motion of the plaintiff, Deborah Price, and Merchants Adjustment Service, Inc. ("MAS"), seeking an order dismissing the Complaint herein, with prejudice, with the parties to bear their own costs, on the grounds that the parties have compromised and settled all disputes and controversies at issue here in, and the Court having heard and considered said Motion, and further having been fully advised the premises, finds that the Motion is well taken and should be granted; it is therefore

ORDERED AND ADJUDGED, the Complaint herein is hereby DISMISSED, with prejudice, with the parties to bear their own costs. There being no other matters before the Court, the Clerk is direct to close the file in this matter upon entering this order.

SO ORDERED, this the 9 day of June, 2008.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

Approved By:

_[signature]_
William V. Westbrook, III, MSB 7119
Attorney for Defendants
Merchants Adjustment Service, Inc.


_[signature: Deborah Price]_
Deborah Price
Plaintiff